# United States District Court
## Southern District of Georgia

ROBERT NEVILLE,

　　　　　Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 617- 075

ELIZABETH McCAGHREN,

　　　　　Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated May 1, 2018, Defendant's Motion to Dismiss is granted for lack of personal jurisdiction over Defendant. This case stands closed.

05/01/2018
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*